IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re HOMEBANC MORTGAGE CORP., et al., | Bankruptcy Case No. 07-11079-KJC<br>Adversary Case No. 07-51740-KJC<br>BAP No. 17-24 |
| Debtors. | |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR THE ESTATE OF HOMEBANC CORP., et al., | Civil Action No. 1:17-cv-00797-RGA |
| Appellant, | |
| v. | |
| BEAR STEARNS & CO., INC., BEAR STEARNS INTERNATIONAL LIMITED, AND STRATEGIC MORTGAGE OPPORTUNITIES REIT, INC., | |
| Appellees. | |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES TO BE PRESENTED**

George L. Miller, the Chapter 7 Trustee for the Estate of HomeBanc Corp., et al. (the "Trustee"), the Appellant in the above-captioned Civil Action and crossclaim plaintiff in the above-captioned Adversary Case, by and through his undersigned counsel, pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B), hereby designates the following items to be included in the record on appeal and states the following issues to be presented:

**Designation of Items to Be Include in the Record on Appeal:**

**Docket Entries**

| Adv. Docket No. 1 | Complaint in the Nature of Interpleader by Wells Fargo, N.A. |
|---|---|
| Adv. Docket No. 11 | Amended Complaint in the Nature of Interpleader by Wells Fargo, N.A. |
| Adv. Docket No. 15 | Answer of Defendants Bear, Stearns & Co. Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. |

| Adv. Docket No. 16 | Answer and Affirmative Defenses of HomeBanc Corp. and Crossclaims against Bear Stearns & Co., Inc., Bear Stearns International Limited and Strategic Mortgage Opportunities Reit, Inc. |
|---|---|
| Adv. Docket No.23 | Answer and Affirmative Defenses of HomeBanc Corp. to Crossclaims filed by Bear Stearns International and Strategic Mortgage Opportunities REIT Inc. |
| Adv. Docket No. 24 | Answer of Defendants Bear, Stearns & Co. Inc., Bear Stearns International Limited, and Strategic Mortgage Opportunities REIT Inc. to the Crossclaims of HomeBanc Corp. |
| Adv. Docket No. 88 | Motion of the Trustee/Crossclaim Plaintiff for Leave to Amend Crossclaims |
| Adv. Docket No. 95 | Memorandum of Law of Bear, Stearns & Co. Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. in Opposition to HomeBanc Corp.'s Motion for Leave to Amend Crossclaims |
| Adv. Docket No. 126 | Order dated December 18, 2009 granting Motion for Leave to Amend Crossclaims |
| Adv. Docket No. 129 | Answer and Affirmative Defenses of HomeBanc Corp. and Amended Crossclaims against Bear, Stearns & Co., Inc., Bear Stearns International Limited and Strategic Mortgage Opportunities REIT, Inc. |
| Adv. Docket No. 134 | Answer of Defendants Bear, Stearns & Co. Inc., Bear, Stearns International Limited and Strategic Mortgage Opportunities REIT Inc. to Amended Crossclaims of HomeBanc Corp. |
| Adv. Docket No. 165 | The Trustee/Crossclaim Plaintiff's Motion to Preclude the Introduction of Certain Testimony and Other Evidence by the Bear Stearns Defendants with Opening Brief and Exhibits 1-9 |
| Adv. Docket No. 166 | Exhibits 10 to 19 related to Motion to Preclude the Introduction of Certain Testimony and Other Evidence referenced above |
| Adv. Docket No. 182 | Brief of the Bear Stearns Defendants in Opposition to Motion to Preclude the Introduction of Certain Testimony and Other Evidence |
| Adv. Docket No. 183 | Reply Brief in Support of the Trustee/Crossclaim Plaintiff's Motion to Preclude the Introduction of Certain Testimony and Other Evidence by the Bear Stearns Defendants |
| Adv. Docket No. 188 | Stipulation resolving Motion of the Trustee/Crossclaim Plaintiff to Preclude the Introduction of Certain Testimony and Other Evidence by the Bear Stearns Defendants |
| Adv. Docket No. 231 | Trustee/Crossclaim Plaintiff's Motion for Partial Summary Judgment on Liability |
| Adv. Docket No. 232 | Opening Brief in Support of Trustee/Crossclaim Plaintiff's Motion for Partial Summary Judgment on Liability filed by HomeBanc Corp. and George L. Miller, Chapter 7 Trustee |

| | |
|---|---|
| Adv. Docket No. 233 | Appendix to Opening Brief in Support of the Trustee/Crossclaim Plaintiff's Motion for Partial Summary Judgment on Liability |
| Adv. Docket No. 235 | Motion for Summary Judgment filed by Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. |
| Adv. Docket No. 236 | Memorandum of Law of Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. in Support of their Motion for Summary Judgment |
| Adv. Docket No. 237 | Appendix to the Memorandum of Law of Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. in Support of their Motion for Summary Judgment |
| Adv. Docket No. 238 | Compendium of Authorities and Other Relevant Materials Supporting the Memorandum of Law of Bear, Stearns & Co., Inc., Bear, Stearns International Limited and Strategic Mortgage Opportunities REIT, Inc. in Support of their Motion for Summary Judgment |
| Adv. Docket No. 239 | Declaration of Andrew W. Stern in Support of the Motion for Summary Judgment of Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. |
| Adv. Docket No. 240 | Affidavit of Brian Connell in Support of the Bear Defendants' Motion for Summary Judgment |
| Adv. Docket No. 244 | Trustee's Answering Brief in Opposition to the Bear Defendants' Motion for Summary Judgment |
| Adv. Docket No. 245 | Trustee's Answering Appendix in Opposition to Bear Defendants' Motion for Summary Judgment |
| Adv. Docket No. 246 | Memorandum of Law of Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. in Opposition to the Trustee/Cross-Claim Plaintiff's Motion for Partial Summary Judgment on Liability |
| Adv. Docket No. 247 | Declaration of Andrew W. Stern in Opposition to the Trustee/Cross-Claim Plaintiff's Motion for Partial Summary Judgment on Liability |
| Adv. Docket No. 248 | Appendix to Memorandum of Law of Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. in Opposition to the Trustee/Cross-Claim Plaintiff's Motion for Partial Summary Judgment on Liability |
| Adv. Docket No. 254 | Reply Brief in Support of Trustee/Cross-Claim Plaintiff's Motion for Partial Summary Judgment on Liability |
| Adv. Docket No. 255 | Supplemental Appendix in Support of Trustee/Cross-Claim Plaintiff's Motion for Partial Summary Judgment on Liability |

| | |
|---|---|
| Adv. Docket No. 256 | Reply Memorandum of Law of Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. in Further Support of their Motion for Summary Judgment |
| Adv. Docket No. 257 | Reply Declaration of Owen H. Smith in Further Support of the Motion for Summary Judgment of Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. |
| Adv. Docket No. 258 | Supplemental Compendium of Authorities Supporting the Reply Memorandum of Law of Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. in Further Support of their Motion for Summary Judgment |
| Adv. Docket No. 259 | Appendix to the Reply Memorandum of Law of Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. in Further Support of their Motion for Summary Judgment |
| Adv. Docket No. 263 | Notice of Supplemental Authority Pursuant to Local Bankruptcy Rule 7007-1(b) |
| Adv. Docket No. 270 | Transcript of Oral Argument held on May 26, 2011 |
| Adv. Docket No. 274 | Bear Defendants' Motion for Leave to Supplement the Record with Materials Discussed at Oral Argument |
| Adv. Docket No. 275 | Trustee's Response to Bear Defendants' Motion for Leave to Supplement the Record |
| Adv. Docket No. 288 | Opinion re: Motions for Summary Judgments issued on January 18, 2013 |
| Adv. Docket No. 289 | Order dated January 18, 2013 |
| Adv. Docket No. 293 | Order amending opinion issued on January 18, 2013 to correct typographical errors |
| Adv. Docket No. 304 | Order Authorizing and Approving Settlement Agreement between Plaintiff George L. Miller, Chapter 7 Trustee and Defendants Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. Pursuant Fed. R. Bankr. Proc. 9019 |
| Adv. Docket No. 307 | Notice of Appeal, BAP-13-47 |
| Adv. Docket No. 310 | Appellant Designation of Items for Inclusion in Record On Appeal and Statement of Issues to Be Presented, BAP-13-47 |
| Adv. Docket No. 311 | Appellee Designation of Additional Items for Inclusion in Record of Appeal and Counter-Statement of Issues to Be Presented, BAP-13-47 |
| Adv. Docket No. 312 | Record on Appeal, BAP-13-47 |
| Adv. Docket No. 313 | Transmittal of Record on Appeal, BAP-13-47 |
| Adv. Docket No. 317 | Order Scheduling Status Hearing re: Proceedings Post-Appeal |
| Adv. Docket No. 318 | District Court Memorandum Opinion re: Appeal |

| | |
|---|---|
| Adv. Docket No. 319 | District Court Order Affirming in Part and Reversing in Part the Bankruptcy Court's Order |
| Adv. Docket No. 320 | Notice of Agenda of Matters Scheduled for Hearing |
| Adv. Docket No. 321 | Transcript Regarding 4/29/2014 Hearing |
| Adv. Docket No. 324 | Joint Pretrial Memorandum |
| Adv. Docket No. 325 | Bear Defendants' Motion in Limine to Exclude Expert Testimony and Other Evidence |
| Adv. Docket No. 326 | Declaration of James O. Heyworth in Support of the Bear Defendants' Motion in Limine to Exclude Expert Testimony and Other Evidence |
| Adv. Docket No. 327 | Letter to the Honorable Kevin J. Carey from Andrew W. Stern, Esq. |
| Adv. Docket No. 328 | Letter to the Honorable Kevin J. Carey from Steven M. Coren |
| Adv. Docket No. 329 | Scheduling Order |
| Adv. Docket No. 333 | Transcript regarding 2/27/2014 Hearing |
| Adv. Docket No. 336 | HomeBanc's Brief In Opposition to the Bear Defendants' Motion in Limine |
| Adv. Docket No. 337 | Declaration of Steven M. Coren in Support of the Trustee's Opposition to the Bear Defendants' Motion in Limine |
| Adv. Docket No. 338 | Reply Brief in Further Support of the Bear Defendants' Motion in Limine |
| Adv. Docket No. 339 | Reply Declaration of James O. Heyworth in Further Support of the Bear Defendant's Motion in Limine |
| Adv. Docket No. 340 | Notice of Completion of Briefing |
| Adv. Docket No. 341 | Notice of Agenda of Matters Scheduled for Hearing |
| Adv. Docket No. 347 | Transcript Regarding 8/28/2014 Hearing |
| Adv. Docket No. 349 | Notice of Agenda of Matters Scheduled for Hearing |
| Adv. Docket No. 350 | Notice of Filing of Revised Exhibits to Joint Pretrial Memorandum |
| Adv. Docket No. 351 | Stipulation Regarding the Admission of Trial Exhibits |
| Adv. Docket No. 367 | Certification of Counsel Regarding Official Trial Transcripts |
| Adv. Docket No. 368 | Official Trial Transcript for 10/21/14 |
| Adv. Docket No. 369 | Official Trial Transcript for 10/22/14 |
| Adv. Docket No. 370 | Official Trial Transcript for 10/23/14 |
| Adv. Docket No. 371 | Official Trial Transcript for 1/26/15 |
| Adv. Docket No. 372 | Official Trial Transcript for 1/27/15 |
| Adv. Docket No. 373 | Official Trial Transcript for 1/30/15 |
| Adv. Docket No. 374 | Order Regarding Official Trial Transcripts |
| Adv. Docket No. 375 | Chapter 7 Trustee's Proposed Findings of Fact and Conclusions of Law |
| Adv. Docket No. 376 | Chapter 7 Trustee's Post-Hearing Brief |
| Adv. Docket No. 377 | The Bear Defendants' Proposed Findings of Fact and Conclusions of Law |
| Adv. Docket No. 378 | The Bear Defendants' Proposed Conclusions of Law |
| Adv. Docket No. 379 | The Bear Defendants' Post-Trial Brief |

| Adv. Docket No. 380 | Chapter 7 Trustee's Certification of Counsel Regarding Deposition Designations |
|---|---|
| Adv. Docket No. 381 | Chapter 7 Trustee's Letter Reply Brief |
| Adv. Docket No. 382 | Bear Stearns' Post-Trial Letter Reply Brief |
| Adv. Docket No. 383 | Opinion Relating to the Cross-Claims Between the Chapter 7 Trustee for the Debtors and Bear Stearns |
| Adv. Docket No. 384 | Order relating to the Debtor's Chapter 7 Trustee's Amended Crossclaims and Bear Stearns' Crossclaims and Scheduling Status Hearing |
| Adv. Docket No. 386 | Certification of Counsel Regarding (I) Proposed Order Addressing May 31, 2017 Opinion and (II) Joint Statement of Remaining Issues |
| Adv. Docket No. 387 | Judgment Regarding (I) Proposed Order Addressing May 31, 2017 Opinion and (II) Joint Statement of Remaining Issues |
| Adv. Docket No. 390 | Notice of Appeal, BAP-17-24 |
| Adv. Docket No. 393 | Transmittal of Record on Appeal to District Court, BAP-17-24 |
| Dist. Ct. Docket No. 41 | Memorandum Opinion dated August 14, 2018 and docketed on August 15, 2018 |
| Dist. Ct. Docket No. 42 | Order dated August 14, 2018 and docketed on August 15, 2018 affirming Bankruptcy Court's June 14, 2017 final judgment |
| Dist. Ct. Docket No. 43 | Notice of Appeal |

## Trial Exhibits

| HB TRIAL 11 | Email Dated July 20, 2007 from Brian Connell to Chris King, Re: Cusips, with Attachment |
|---|---|
| HB TRIAL 12 | Email Dated July 20, 2007 from Chris King to Brian Connell, Re: Cusips Information Requested, with attachment |
| HB TRIAL 13 | Email Dated July 24, 2007 from Baron Silverstein to Fred Schweizer, et al., Re: Homebanc Debt or Equity Designations |
| HB TRIAL 14 | Email Dated July 31, 2007 from Brian Connell to Deirdre Burke, Re: Homebanc Inventory, with Attachment |
| HB TRIAL 23 | Email Dated August 9, 2007 from Matthew Chasin to Paul Friedman, et al., Re: Customer Update |
| HB TRIAL 30 | Email to John Kubiak from David Hinkelman dated May 7, 2007, Re: Info. Discussed at meeting |
| HB TRIAL 34 | Stipulation filed June 1, 2010 |
| HB TRIAL 45 | Indenture Among Homebanc Mortgage Trust and US Bank National Association, and Wells Fargo, Dated Aug 1, 2005 |
| HB TRIAL 46 | Indenture Among Homebanc Mortgage Trust and US Bank National Association, and Wells Fargo, Dated May 1, 2005 |
| HB TRIAL 47 | Indenture Among Homebanc Mortgage Trust and US Bank National Association, and Wells Fargo, Dated Nov 1, 2005 |
| HB TRIAL 48 | Amended and Restated Trust Agreement Dated July 30, 2004, Trust Certificates |
| HB TRIAL 49 | Indenture Dated July 30, 2004, Mortgage Backed Notes |

| HB TRIAL 50 | Amended and Restated Trust Agreement Dated Oct 29, 2004, Trust Certificates |
|---|---|
| HB TRIAL 51 | Indenture Dated Oct 29, 2004, Mortgage Backed Notes |
| HB TRIAL 52 | Trust Agreement Among HMB Acceptance Corp., Wilmington Trust Co. And US Bank Nat. Assoc and HB Mortgage Trust, Dated Feb 1, 2005 |
| HB TRIAL 53 | Indenture Between HB Mortgage Trust and Wells Fargo, Dated Feb 1, 2005 |
| HB TRIAL 54 | Trust Agreement Among HMB Acceptance Corp., Wilmington Trust Co. And US Bank Nat. Assoc and HB Mortgage Trust, Dated March 1, 2005 |
| HB TRIAL 55 | Indenture Between HB Mortgage Trust and Wells Fargo, Dated March 1, 2005 |
| HB TRIAL 56 | Trust Agreement Among HMB Acceptance Corp., Wilmington Trust Co. and US Bank Nat. Assoc., HB Mortgage Trust, Dated May 1, 2005 |
| HB TRIAL 57 | Indenture Between HB Mortgage Trust and Wells Fargo., Dated May 1, 2005 |
| HB TRIAL 58 | Trust Agreement Among HMB Acceptance Corp., Wilmington Trust Co. And US Bank Nat. Assoc and HB Mortgage Trust, Dated Aug 1, 2005 |
| HB TRIAL 59 | Indenture Between HB Mortgage Trust and Wells Fargo, Dated Aug 1, 2005 |
| HB TRIAL 60 | Pooling and Service Agreement Dated March 1, 2006, HB Mortgage Trust 2006-1 Mortgage Pass-Through Certificates |
| HB TRIAL 61 | Trust Agreement Among HMB Acceptance Corp., Wilmington Trust Co. and US Bank Nat. Assoc., HB Mortgage Trust, Dated Nov 1, 2006, Homebanc Mortg trust 2006-2 Mortgage Backed Notes |
| HB TRIAL 62 | Indenture Between HB Mortgage Trust and Wells Fargo., Dated Nov. 1, 2006 |
| HB TRIAL 63 | Pooling and Service Agreement Dated March 1, 2007, HB Mortgage Trust 2007-1 Mortgage Pass-Through Certificates |
| HB TRIAL 67 | Expert Report of Boston Portfolio Advisors, Inc. |
| HB TRIAL 68 | Appendix A - Overview: credit retrenchment triggers liquidity squeeze – BIS Quarterly Review, September 2007 |
| HB TRIAL 69 | Appendix B - Securitization Residual Valuation Initial Information Request List |
| HB TRIAL 70 | Homebanc Securitization Profile |
| HB TRIAL 71 | Homebanc Securitization History and Selected Performance Metrics |
| HB TRIAL 72 | Homebanc Securitization History and Selected Performance Metrics (Updated) |
| HB TRIAL 73 | Schedule of Homebanc Securities With Reit and Joint Transfer Restrictions |
| HB TRIAL 76 | Securities at Issue Actual Cash Flow |

| HB TRIAL 77 | Valuation Assumption Recap for Securities at Issue |
|---|---|
| HB TRIAL 78 | Boston Portfolio Advisors, Inc. Valuation Recap |
| HB TRIAL 80 | List of Documents Considered by Boston Portfolio Advisors in Connection with its July 16, 2010 Expert Report |
| HB TRIAL 83 | Homebanc Corp 10-Q Quarterly Report filed on 5/10/2007 |
| HB TRIAL 84 | Expert Report of Dr. David DeRosa and Dr. Steven Mann - July 16, 2010 |
| HB TRIAL 85 | Appendix 1 - Documents Considered by Dr. David DeRosa and Dr. Steven Mann |
| HB TRIAL 103 | Letter from Owen Smith to Brian Watson dated September 29, 2010 |
| HB TRIAL 105 | Information on Jeffrey Bockian with Arch Pacific, LLC |
| HB TRIAL 106 | Summaries of Securities at Issue Post-Petition Cashflows with supporting information |
| HB TRIAL 107 | Bidlist sent August 14, 2007 (BEAR 009185-88) |
| HB TRIAL 108 | Bidlist sent August 14, 2007 (BEAR 009234-37) |
| HB TRIAL 110 | Updated CV of Dr. David DeRosa |
| HB TRIAL 111 | Updated CV of Scott C. Calahan |
| HB TRIAL 112 | Updated CV of Steven V. Mann |
| HB TRIAL 113 | Email dated June 13, 2007 from Edward Neibert to David Hinkleman and Adrienne White Penake re: Homebanc: Repo Breakdown with attachment |
| HB TRIAL 115A | Email dated October 19, 2005 from James Krakau to John Kubiak re: Securitization MtM Values with attachment |
| HB TRIAL 115B | Email dated January 11, 2006 from James Kubiak to David Hinkleman re: Securitization MtM Values with attachment |
| HB TRIAL 115C | Email dated January 19, 2006 from James Krakau to William Baker re: RE: 12/30/05 Evaluations for Home Banc! With attachment |
| HB TRIAL 115D | Email dated April 19, 2006 from James Krakau to David Hinkelman re: Securitization MtM Value |
| HB TRIAL 115E | Email dated September 21, 2006 from James Krakau to Edward Neibert re: Securitization MtM Values with attachment |
| HB TRIAL 115F | Email dated November 8, 2006 from James Krakau to Edward Neibert re: Securitization MtM Values with attachment |
| HB TRIAL 115G | Email dated December 15, 2006 from James Krakau to David Hinkleman re: Securitization MtM Values with attachment |
| HB TRIAL 115H | Email dated December 29, 2006 from James Krakau to Denie Wong re: RE: November HomeBanc Evaluations |
| HB TRIAL 115I | Email dated January 25, 2007 from James Krakau to Denie Wong re: Securitization MtM Values with attachment |
| HB TRIAL 115J | Email dated February 9, 2007 from James Krakau to Denie Wong re: RE: January HomeBanc evaluations |

| | |
|---|---|
| HB TRIAL 115K | Email dated March 13, 2007 from James Vkrakau to Edward Neibert re: Securitization MtM Values with attachment |
| HB TRIAL 115L | Email dated April 9, 2007 from James Krakau to Denie Wong re: RE: February HomeBanc residual evaluations |
| HB TRIAL 115M | Email dated April 10, 2007 from James Krakau to Edward Neibert re: Securitization MtM Values with attachment |
| HB TRIAL 115N | Email dated April 11, 2007 from James Krakau to John Kubiak re: Securitization MtM Values with attachment |
| HB TRIAL 115O | Email dated May 4, 2007 from James Krakau to John Kubiak re: Securitization MtM Values 3/31 with attachment |
| HB TRIAL 115P | Email dated May 7, 2007 from James Krakau to Denie Wong re: Securitization MtM Values 043020047 with attachment |
| HB TRIAL 115Q | Email dated July 10, 2007 from James Krakau to John Kubiak re: Securitization Values with attachment |
| HB TRIAL 115R | Email dated July 11, 2007 from James Krakau to John Kubiak re: Securitization MtM Values with attachment |
| HB TRIAL 116A | Email dated August 28 and September 27, 2006 between James Krakau, John Kubiak, et al. re: 8/25/06 Evaluations for Repo - Home Banc! with attachment |
| HB TRIAL 116B | Email dated September 29, 2006 from James Krakau to John Kubiak forwarding email dated same re: August HomeBanc evaluations with attachment |
| HB TRIAL 116C | Email dated December 29, 2006 from James Krakau to Denie Wong forwarding email dated December 27, 2006 re: November Homebanc evaluations with attachment |
| HB TRIAL 116D | Emails dated February 8-9, 2007 between James Krakau and Denie Wong re: January HomeBanc evaluations |
| HB TRIAL 116E | Email dated April 10, 2007 from Adrienne White Penake to Brian Gaither forwarding email dated same re: March Homebanc evaluations with attachment |
| HB TRIAL 116F | Email dated April 13, 2007 from Adrienne White Penake to Brian Gaither forwarding email dated same re: March Homebanc residual evaluations with attachment |
| HB TRIAL 116G | Email dated April 16, 2007 from Brian Gaither to James Krakau forwarding email dated April 13, 2007 re: March Homebanc residual evaluations |
| HB TRIAL 116H | Email dated May 4, 2007 from Adriene White Penake to Brian Gaither forwarding email dated March 16, 2007 re: February Homebanc evaluations with attachment |
| HB TRIAL 116I | Email dated May 7, 2007 from Edward Neibert to Brian Gaither re: April Homebanc evaluations with attachment |
| HB TRIAL 116J | Email dated May 7, 2007 from Brian Gaither to James Krakau forwarding email dated same re: April HomeBanc evaluations with attachment |

| HB TRIAL 116K | Email dated May 7, 2007 from Brian Gaither to Keith Ellison forwarding email dated same re: April HomeBanc evaluations with attachment |
| --- | --- |
| HB TRIAL 116L | Email dated June 7, 2007 from Edward Neibert to Brian Gaither re: May HomeBanc evaluations with attachment |
| HB TRIAL 116M | Email dated June 11, 2007 from Brian Gaither to Keith Ellison forwarding email dated June 7, 2007 re: May Homebanc evaluations with attachment |
| HB TRIAL 116N | Email dated June 20, 2007 from Keith Ellison to Brian Gaither forwarding email dated June 11, 2007 re: May HomeBanc evaluations with attachment |
| HB TRIAL 116O | Email dated July 9, 2007 from Denie Wong to Brian Gaither re: June HomeBanc evaluations with attachment |
| HB TRIAL 116P | Email dated July 9, 2007 from Denie Wong to Brian Gaither re: June HomeBanc evaluations with attachment |
| HB TRIAL 116Q | Email dated July 9, 2007 from Denie Wong to Brian Gaither & James Krakau re: June HomeBanc evaluations with attachment |
| HB TRIAL 116R | Email dated July 11, 2007 from Denie Wong to James Krakau and Brian Gaither re: June HomeBanc reval with attachment |
| HB TRIAL 118 | Email dated August 13, 2007 from Louis Rosenfeld to Matthew Chasin re: FW: ANOTHER BIDLIST 8/14 3pm HOMEBANK – REIT qualifying with attachment |
| HB TRIAL 119 | Bear's Exposure Reports |
| HB TRIAL 119A | Bear Exposure Report dated 08/04/07 (annotated) |
| HB TRIAL 119A1 | Table corresponding to HB TRIAL 119A annotations |
| HB TRIAL 119B | Bear Exposure Report dated 08/07/07 (annotated) |
| HB TRIAL 119B1 | Table corresponding to HB TRIAL 119B annotations |
| HB TRIAL 119C | Bear Exposure Report dated 08/08/07 (annotated) |
| HB TRIAL 120 | Affidavit of Brian Connell in Support of the Bear Defendants' Motion for Summary Judgment |
| HB TRIAL 121 | Memorandum of Law of Bear Defendants in Support of their Motion for Summary Judgment |
| HB TRIAL 122 | Spreadsheet - Bear Stearns Reconciliation |
| HB TRIAL 122A | Enlarged view of HB TRIAL 122 |
| HB TRIAL 127 | Summary of Significant Auction Deficiencies |
| HB TRIAL 128 | Key Factors Supporting BPA's 15% Discount Rate Assumption |
| HB TRIAL 129 | Key Factors Supporting BPA's Prepayment Rates Assumption |
| HB TRIAL 130 | Key Factors Supporting BPA's Conditional Default Rates Assumption |
| HB TRIAL 131 | Key Factors Supporting BPA's Loss Severity Assumption |
| HB TRIAL 132 | Chart – "Cash Flow - Securities at Issue (Projected v. Actual)" |
| HB TRIAL 133 | "Cash Flow – Securities at Issue (Projected v. Actual)" displayed for 8 securities at issue ($50MM scale) |

| | |
|---|---|
| HB TRIAL 134 | Chart – "2004-1 OTC – Cash Flow (Projected v. Actual)" ($50MM scale) |
| HB TRIAL 135 | Chart – "2004-2 OTC – Cash Flow (Projected v. Actual)" ($50MM scale) |
| HB TRIAL 136 | Chart – "2005-1 OTC – Cash Flow (Projected v. Actual)" ($50MM scale) |
| HB TRIAL 137 | Chart – "2005-2 OTC – Cash Flow (Projected v. Actual)" ($50MM scale) |
| HB TRIAL 138 | Chart – "2005-3 OTC – Cash Flow (Projected v. Actual)" ($50MM scale) |
| HB TRIAL 139 | Chart – "2005-4 B-2 – Cash Flow (Projected v. Actual)" ($50MM scale) |
| HB TRIAL 140 | Chart – "2005-4 OTC – Cash Flow (Projected v. Actual)" ($50MM scale) |
| HB TRIAL 141 | Chart – "2006-2 OTC – Cash Flow (Projected v. Actual)" ($50MM scale) |
| HB TRIAL 142 | "Cash Flow – Securities at Issue (Projected v. Actual)" displayed for 8 securities at issue (at different scales) |
| HB TRIAL 143 | Chart – "2004-1 OTC – Cash Flow (Projected v. Actual)" ($4.5MM scale) |
| HB TRIAL 144 | Chart – "2004-2 OTC – Cash Flow (Projected v. Actual)" ($14MM scale) |
| HB TRIAL 145 | Chart – "2005-1 OTC – Cash Flow (Projected v. Actual)" ($35MM scale) |
| HB TRIAL 146 | Chart – "2005-2 OTC – Cash Flow (Projected v. Actual)" ($5MM scale) |
| HB TRIAL 147 | Chart – "2005-3 OTC – Cash Flow (Projected v. Actual)" ($35MM scale) |
| HB TRIAL 148 | Chart – "2005-4 B-2 – Cash Flow (Projected v. Actual)" ($3MM scale) |
| HB TRIAL 149 | Chart – "2005-4 OTC – Cash Flow (Projected v. Actual)" ($50MM scale) |
| HB TRIAL 150 | Chart – "2006-2 OTC – Cash Flow (Projected v. Actual)" ($35MM scale) |
| HB TRIAL 151 | Chart – "2005-4 B-2 Bond Payments VS LIBOR Index +2.1%" |
| JOINT TRIAL 1 | Global Master Repurchase Agreement between Bear, Stearns International Limited and Homebanc Corporation, dated October 4, 2005 |
| JOINT TRIAL 2 | Master Repurchase Agreement between Bear, Stearns & Co. Inc. and HomeBanc Corp., dated September 19, 2005 |
| JOINT TRIAL 3 | August 8, 2007 email from David Hinkelman to John Kubiak, James Krakau, cc: Fred Schweizer |
| JOINT TRIAL 4 | August 8, 2007 email from David Hinkelman to John Kubiak, re: FW:, with attachments |

| | |
|---|---|
| JOINT TRIAL 5 | August 9, 2007 email from John Kubiak to Kevin Race, James Krakau, Charlie McGuire, and Alana Griffin, re: FW:, with attachments |
| JOINT TRIAL 6 | August 9, 2007 email from John Kubiak to Kevin Race, James Krakau, Charlie McGuire, and Alana Griffin, re: FW:, with attachments |
| JOINT TRIAL 7 | August 10, 2007 email from Brian Connell to ayarnold@db.com and christian.wall@db.com, cc: Matthew Chasin, Alla Lerner, and Jeffrey Aronson, re: BIDLIST, with attachments |
| JOINT TRIAL 8 | August 10, 2007 email from Brian Connell to Paul van Lingen and David Dietche, cc: Matthew Chasin, Alla Lerner, and Jeffrey Aronson, re: Homebanc BIDLIST, with attachments |
| JOINT TRIAL 10 | August 14, 2007 email from Fred Barney to Patricia Ro re: FW: BID List Distribution Information |
| JOINT TRIAL 11 | Email to Daniel Hoffman from Daniel Hoffman dated August 14, 2007, Re: Bidlist Distribution Info. |
| JOINT TRIAL 12 | August 14, 2007 emails from rfabian@tricadiacapital.com to Alla Lerner, cc: Andrew Javorsky and vshah@tricadiacapital.com, re: Tricadia HMBT Bids |
| JOINT TRIAL 13 | August 14, 2007 facsimile from Bear Stearns to Alla Lerner |
| JOINT TRIAL 14 | Email Dated August 15, 2007 from Brian Connell to Matthew Chasin, Re: Auction Customer List.xls, with Attachment |
| JOINT TRIAL 15 | Email Dated August 15, 2007 from Brain Connell to Wayne Buchan, Re: Auctions, with Attachment |
| JOINT TRIAL 16 | August 16, 2007 email from Brian Connell to john.horner@jpmorgan.com, cc: Matthew Chasin, Alla Lerner, and Jeffrey Aronson, re: Bids requested., with attachments |
| JOINT TRIAL 17 | August 16, 2007 email from Brian Connell to john.horner@jpmorgan.com, cc: Matthew Chasin, Alla Lerner, and Jeffrey Aronson, re: RE: Bids requested., with attachment |
| JOINT TRIAL 18 | August 17, 2007 email from Alla Lerner to Matthew Chasin and Brian Connell, re: HMBT 06-1 Bid |
| JOINT TRIAL 19 | August 20, 2007 email from Brian Connell to Michael Patterson, with attachment |
| BEAR TRIAL 1 | April 16, 2006 email from James Krakau to David Hinkelman, cc: Edward Niebert, re: Securitization MtM Values, with attachment |
| BEAR TRIAL 2 | June 22, 2007 email from Brian Gaither to John Kubiak, cc: Keith Ellison, re: FW: Bear Stearns residual pricing reconciliation |
| BEAR TRIAL 3 | Client Exposure Detail Reports, dated June 1, 2006 through August 8, 2007 |
| BEAR TRIAL 4 | July 10, 2007 email from James Krakau to Denie Wong, re: RE: Securitization MtM Values |

| BEAR TRIAL 5 | July 11, 2007 email from James Krakau to John Kubiak, re: Securitization MtM values, with attachment |
|---|---|
| BEAR TRIAL 6 | July 20, 2007 email from James Krakau to David Hinkelman, re: Securitization MtM Values, with attachment |
| BEAR TRIAL 7 | Native file copy of BEAR 008942-51 |
| BEAR TRIAL 8 | July 20, 2007 email from James Krakau to David Hinkelman, re: Securitization MtM Values, with attachment |
| BEAR TRIAL 9 | July 27, 2007 email from Edward Neibert to Yancy Lockie, cc: Treasury External, David Hinkelman, re: Bear/Homebanc Repo Roll 7/27/2007, with attachments |
| BEAR TRIAL 10 | August 5, 2007 email from John Kubiak to Brian Gaither and James Krakau, re: MBS/Repo Position, with attachment |
| BEAR TRIAL 11 | August 6, 2007 email from Paul van Lingen to Matthew Chasin, re: hmbt-updated again, with attachment |
| BEAR TRIAL 12 | August 6, 2007 email from Larry Guidarelli to Fred Schweizer, cc: Matthew Chasin, re: homeBK_080607_fin_no_BSARM05_PAPER.xls, with attachment |
| BEAR TRIAL 13 | Native file copy of BEAR 007060-62 |
| BEAR TRIAL 14 | August 6, 2007 email from Edward Neibert to David Hinkelman, re: HomeBanc Repo |
| BEAR TRIAL 15 | August 7, 2007 email from Edward Niebert to Yancy Lockie and James Krakau, cc: David Hinkelman, re: Bear/Homebanc Repo Roll 8/7/2007, with attachments |
| BEAR TRIAL 15N | Native file copy of BEAR 012719-25 |
| BEAR TRIAL 16 | August 8, 2007 email from David Hinkelman to John Kubiak |
| BEAR TRIAL 17 | August 8, 2007 email from David Hinkelman to Matthew Chasin, re: Re: |
| BEAR TRIAL 18 | August 8, 2007 email from David Hinkelman to John Kubiak, with attachments |
| BEAR TRIAL 19 | August 10, 2007 email from Patricia Ro on behalf of Daniel Hoffman to multiple recipients, cc: Matthew Chasin, Jeffrey Aronson, and Alla Lerner, re: FW: BIDLIST, with attachments |
| BEAR TRIAL 20 | August 10, 2007 email from Brian Connell to David.rashty@ubs.com, hugh.corcoran@ubs.com, and ciaran.obrien@ubs.com, cc: Matthew Chasin, Alla Lerner, Jeffrey Aronson, and Brian Connell, re: another BIDLIST, with attachments |
| BEAR TRIAL 21 | August 10, 2007 email from Brian Connell to Stuark.Kronick@rbsgc.com, cc: Matthew Chasin, Alla Lerner, Jeffrey Aronson, and Brian Connell, re: BIDLIST, with attachments |
| BEAR TRIAL 22 | August 10, 2007 email from Glen Abbott to Glen Abbott, bcc: Dave Haynie, Michael Goldberg, Sahm Adrangi, Alok Makhija, Ken Jin, RJ Grissinger, Salman Khan, Wolf Schubert, Sheetal Acharekar, Bill Daugherty, Chris Hund, |

|  | David Solomon, Dave Haynie, Ken Jin, RJ Grissinger, Salman Khan, Wolf Schubert, Michael Goldberg, Sahm Adrangi, Alok Makhija, Bill Daugherty, Chris Hund, David Solomon, and Sheetal Acharekar, re: FW: ANOTHER BIDLIST, with attachments |
|---|---|
| BEAR TRIAL 23 | August 10, 2007 email from Andrew Javorsky, bcc: multiple recipients, re: YET ANOTHER LIQUIDATION BIDLIST, with attachments |
| BEAR TRIAL 24 | August 10, 2007 email from Lawrence Santoro to ron@mfa-reit.com, re: FW: ANOTHER BIDLIST, with attachments |
| BEAR TRIAL 25 | August 10, 2007 email from Wayne Smith to rmai@varde.com, re: Fw: ANOTHER BIDLIST, with attachments |
| BEAR TRIAL 26 | August 10, 2007 email from Jay Twyman, bcc: multiple recipients, re: FW: ANOTHER BIDLIST…please look …especially reits., with attachments |
| BEAR TRIAL 27 | August 14, 2007 email from Brian Connell to Daniel Hoffman, cc: Patricia Ro and Matthew Chasin, re: Distribution of accounts |
| BEAR TRIAL 28 | August 14, 2007 email from Brian Connell to ayarnold@db.com and christian.wall@db.com, cc: Matthew Chasin, Alla Lerner, and Jeffrey Aronson, re: RE: BIDLIST |
| BEAR TRIAL 29 | August 14, 2007 email from Brian Connell to David.rashty@ubs.com, hugh.corcoran@ubs.com, and ciaran.obrien@ubs.com, cc: Matthew Chasin, Alla Lerner, and Jeffrey Aronson, re: RE: another BIDLIST |
| BEAR TRIAL 30 | August 14, 2007 email from Brian Connell to Stuart.Kronick@rbsgc.com, cc: Matthew Chasin, Alla Lerner, and Jeffrey Aronson, re: RE: BIDLIST |
| BEAR TRIAL 31 | August 14, 2007 email from Glen Abbott to Patricia Ro, re: FW: BID List Distribution Information |
| BEAR TRIAL 32 | August 14, 2007 email from Gerald Deitchman to Patricia Ro, cc: Thomas Shea, re: FW: BID List Distribution Information |
| BEAR TRIAL 33 | August 14, 2007 email from Jesse Maffei to Daniel Hoffman, cc: Patricia Ro, re: BID List Distribution Information |
| BEAR TRIAL 34 | August 14, 2007 email from Andrew Javorsky to Daniel Hoffman, re: RE: BID List Distribution Information |
| BEAR TRIAL 35 | August 14, 2007 email from Sam Sussman to Daniel Hoffman, re: RE: BID List Distribution Information |
| BEAR TRIAL 36 | August 14, 2007 email from Daniel Hoffman to Patricia Ro, re: FW: BID List Distribution Information |
| BEAR TRIAL 37 | August 14, 2007 email from Michael Henneberry to Daniel Hoffman and Patricia Ro, re: RE: BID List Distribution Information |
| BEAR TRIAL 38 | August 14, 2007 email from Konrad Kothmann to Daniel Hoffman, cc: Patricia Ro, re: Dan Hoffman's Request |

| | |
|---|---|
| BEAR TRIAL 39 | August 14, 2007 email from Andrew Javorsky to Patricia Ro, re: FW: BID List Distribution Information |
| BEAR TRIAL 40 | August 14, 2007 email from Konrad Kothmann to Daniel Hoffman, cc: Patricia Ro, re: Dan Hoffman's Request |
| BEAR TRIAL 41 | August 14, 2007 email from Robert McCann to Joseph Hondros, James Burke, Matthew Fiordaliso, tbrux@voyageur.net, and cji@voyageur.net, cc: Daniel Hoffman and Jared Boneno, bcc: Joseph Hondros, re: FW: ANOTHER BIDLIST, with attachments |
| BEAR TRIAL 42 | August 14, 2007 email from Chris O'Neill to Patricia Ro, cc: Doyle Queally, re: RE: BID List Distribution Information |
| BEAR TRIAL 43 | August 14, 2007 email from Albert Powers to Patricia Ro, re: RE: BID List Distribution Information |
| BEAR TRIAL 44 | August 14, 2007 email from Andy Reese to Patricia Ro, re: FW: BID List Distribution Information |
| BEAR TRIAL 45 | August 14, 2007 email from Jesse Maffei to Daniel Hoffman, cc: Patricia Ro, re: RE: BID List Distribution Information |
| BEAR TRIAL 46 | August 14, 2007 email from Glen Abbott to Patricia Ro, re: FW: BID List Distribution Information |
| BEAR TRIAL 47 | August 14, 2007 email from Sam Sussman to Patricia Ro, re: FW: BID List Distribution Information |
| BEAR TRIAL 48 | August 14, 2007 email from Albert Powers to Patricia Ro, re: RE: BID List Distribution Information |
| BEAR TRIAL 49 | August 14, 2007 email from Jerome Thomas to Patricia Ro, cc: Warren Saft, re: RE: BID List Distribution Information |
| BEAR TRIAL 50 | August 14, 2007 email from Kevin Smith to Patricia Ro, re: FW: BID List Distribution Information |
| BEAR TRIAL 51 | August 14, 2007 email from Christopher McGlinn to Patricia Ro, cc: Jay Twyman, re: RE: BID List Distribution Information |
| BEAR TRIAL 52 | August 14, 2007 email from Barry Ingerman to Patricia Ro, re: FW: BID List Distribution Information |
| BEAR TRIAL 53 | August 14, 2007 email from Chad Goodman to Chad Goodman, bcc: multiple recipients, re: FW: ANOTHER BIDLIST, with attachments |
| BEAR TRIAL 54 | August 14, 2007 email from Robert McCann to Joseph Hondros, James Burke, Matthew Fiordaliso, tbrux@voyageur.net, and cji@voyageur.net, cc: Daniel Hoffman and Jared Boneno, bcc: Joseph Hondros, re: FW: ANOTHER BIDLIST, with attachments |
| BEAR TRIAL 55 | August 15, 2007 email from Jared Boneno to Brian Connell, cc: Robert McCann, re: RE: BSIL, with attachment |
| BEAR TRIAL 56 | August 15, 2007 email from Brian Connell to Yuri Okada, re: FW: BID List Distribution Information, with attachments |
| BEAR TRIAL 57 | August 16, 2007 email from Patricia Ro on behalf of Daniel Hoffman to multiple recipients, cc: Matthew Chasin, Jeffrey |

|  | Aronson, Alla Lerner, and Brian Connell, re: FW: New Bidlist (RE-SEND WITH ATTACHMENTS), with attachments |
|---|---|
| BEAR TRIAL 58 | August 20, 2007 email from Brian Connell to Matthew Chasin, re: spreadsheet post Aug 17 Auction, with attachment |
| BEAR TRIAL 59 | August 31, 2007 email from Michael Patterson to Gerald Mccrink, Brian Connell, Matthew Chasin, and David Marren, re: Homebanc exposure a/o 8/20, with attachment |
| BEAR TRIAL 60 | Objections and Responses of Bear, Stearns & Co. Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT Inc. to Trustee/Cross-Claim Plaintiff's Third Set of Interrogatories, dated March 15, 2010 |
| BEAR TRIAL 62 | Rebuttal Expert Report of John J. Richard, dated September 10, 2010 |
| BEAR TRIAL 63 | Trade ticket for 073879T57 |
| BEAR TRIAL 64 | August 3, 2007 Repo Roll Increases/Decreases |
| BEAR TRIAL 65 | Bear Stearns Reconciliation Exhibit 3 |
| BEAR TRIAL 66 | Revised Bear Stearns Reconciliation Exhibit 3 |
| BEAR TRIAL 67 | August 10, 2007 email from Robert McCann to Joseph Hondros, re: FW: ANOTHER BIDLIST, with attachment |
| BEAR TRIAL 68 | Updated CV of Jeffrey A. Bockian |
| BEAR TRIAL 69 | CV of Mukarram Attari |
| BEAR TRIAL 70 | Bear Stearns Bidlist – American Home Securities, August 3, 2007 |
| BEAR TRIAL 71 | July 31, 2007 email from Brian Gaither to John Homer (Chase) re: RE: HomeBanc indication list 073107, with attachment |
| BEAR TRIAL 72 | 8/13/2010 Steven Mann Deposition |
| BEAR TRIAL 73 | 11/18/2010 BDO Seidman Arbitration Transcript |
| BEAR TRIAL 74 | Bear Stearns Demonstrative |
| BEAR TRIAL 75 | Attari Affidavit |
| BEAR TRIAL 76 | Jeffrey Bockian Expert Report, 7/16/10 |
| BEAR TRIAL 77 | Jeffrey Bockian Expert Report, 9/10/10 |
| BEAR TRIAL 78 | Bear Demo 1 – Revised |
| BEAR TRIAL 79 | Bear Demo 7 |
| BEAR TRIAL 80 | Bear Demo 8 |

**Statement of Issues to Be Presented on Appeal:**

1. Whether the district court – in this case of first impression under the Bankruptcy Code involving additional collateral known as "credit enhancements" under 11 U.S.C. § 101(47)(A)(v) – misinterpreted and failed to apply the governing statutory limitations and valuation parameters in connection with Bear Stearns' ("Bear") liquidation to itself of the

Securities at Issue ("SAI") pledged by Debtor HomeBanc to Bear as additional collateral for repo financing, errors which endorsed automatic stay violations, conversion, and Bear's unlawful retention of the SAI and $90 million of SAI post-auction cashflows?

2. Whether the district court, after properly finding that the SAI were "credit enhancements" and not traditional repurchase agreements ("repos"), erred when it failed to limit Bear's bankruptcy safe-harbor protection to Bear's damages of $8.1 million – the repo debt remaining after crediting HomeBanc for the value of the securities that qualified as traditional repos – and endorsed Bear's retention of the SAI and $90 million of SAI post-auction cashflows?

3. Whether Bear violated the automatic stay and converted HomeBanc's property when it exposed the SAI to auction without first having determined the balance of HomeBanc's repo debt after crediting HomeBanc for the value of the other HomeBanc securities that constituted traditional repos, and then retained the SAI and $90 million of SAI post-auction cashflows?

4. Whether the district court erred in affirming the bankruptcy court's finding that Bear complied with its obligations to act rationally and in good faith when it valued the nine SAI at $900,000 apiece based solely upon its own arbitrarily-set credit bid at an auction it conducted which produced no competing bids in August, 2007, a period when the market for residual interests in mortgage-backed securities like the SAI was illiquid and dysfunctional, no financing was available and no trades were occurring?

5. Whether the district court erred in affirming the bankruptcy court's finding that Bear's use of a credit bid in an auction that produced no third-party bidders and no sale properly valued the SAI at $8.1 million, an amount not coincidently sufficient to satisfy HomeBanc's remaining obligation to Bear, at which point Bear transferred the SAI to itself and retained SAI post-auction cashflows of $90 million?

6. Whether the lower courts erred in failing to find that an alternative valuation methodology such as a discounted cashflow approach, rather than a failed auction, was required to value the SAI in August 2007, especially in light of overwhelming and undisputed evidence establishing that the market for residual interests in mortgage-backed securities like the SAI was illiquid and dysfunctional, that no financing was available and that no trades were occurring?

7. Whether the lower courts erred in finding that Bear acted rationally and in good faith in valuing the SAI at $8.1 million despite the entry of an order precluding Bear from presenting any evidence regarding the numerical assumptions it used to value the SAI and Bear offered no evidence to explain the basis for its valuation?

8. Whether the bankruptcy court erred by misconstruing the scope of the remand following the first district court appeal and refusing to allow HomeBanc to introduce at trial any evidence and arguments pertaining to the fact that the SAI were credit enhancements under 11 U.S.C. § 101(47)(A)(v), rather than traditional repurchase agreements under § 101(47)(A)(i)?

Dated: September 7, 2018

By:   /s/ *John T. Carroll, III*
John T. Carroll, III (DE 4060)
Barry M. Klayman (DE 3676)
Cozen O'Connor
1201 N. Market St., Suite 1001
Wilmington, DE 19801
Tel: (302) 295-2028
Fax: (215) 701-2140
jcarroll@cozen.com
bklayman@cozen.com

and

Steven M. Coren (admitted *pro hac vice*)
David M. DeVito (admitted *pro hac vice*)
Kaufman, Coren & Ress, P.C.
Two Commerce Square
Philadelphia, PA 19103
(215) 735-8700
(215) 735-5170
scoren@kcr-law.com
ddevito@kcr-law.com

*Attorneys for Appellant, George L. Miller, Chapter 7 Trustee*